E-FILED: **7/30/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Axis Capital, Inc.* <br>    **Plaintiff,** <br>   v. <br> *Capital Network Funding, et al.* <br>    **Defendants.** | **CASE NO. CV 10-4201-GHK (PJWx)** <br><br> **JUDGMENT** |

  Based on our July 30, 2010 Order granting Defendants Capital Network Funding, Dustin White, and Blake Johnson's Motion to Dismiss, **IT IS HEREBY ADJUDGED** that Plaintiff Axis Capital, Inc.'s Complaint is **DISMISSED with prejudice**.

  **IT IS SO ORDERED**.

DATED: July 30, 2010

                _____
                GEORGE H. KING
                United States District Judge